UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARL YOUNG,<br><br>         Petitioner,<br>v.<br><br>STANLEY KNIGHT,<br><br>         Respondent. | )<br>)<br>)<br>)   No. 1:06-cv-1799-DFH-TAB<br>)<br>)<br>)<br>) |

# E N T R Y

The respondent's motion to dismiss filed on April 11, 2007, shows that the prison disciplinary proceeding challenged in this case has been expunged. This action renders the action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

The respondent's motion to dismiss is **granted.**  Judgment consistent with this Entry shall now issue.

So ordered.

*[signature: David F. Hamilton]*

DAVID F. HAMILTON, Judge
United States District Court

Date: _4/16/2007_