UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARL YOUNG, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:06-cv-1799-DFH-TAB |
| ) | |
| STANLEY KNIGHT, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 4/16/2007

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov

Carl Young
DOC #118228
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135